*In re* **RIBACK**, FRANK DAVID (MR 17689)
Glencoe, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Frank David Riback is suspended from the practice of law for three years. Respondent Frank David Riback shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **SANDRONI**, ANDREW DENNIS (MR 17721)
St. Louis, MO

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Andrew Dennis Sandroni, who has been disciplined in the State of Missouri, is reprimanded in the State of Illinois.